Norma Ann Dawson, SBN 087111
Law Office of Norma Ann Dawson
3553 Atlantic Avenue, Suite B1328
Long Beach, CA 90807-5606
nadlaw@kidlike.com
562-997-9245 (v)   562-997-0995 (f)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naresh Mehra<br><br>Plaintiff(s),<br>v.<br>Charles Dunn Company, Inc., Lee Shapiro, Mark Donald Kiger, Main Street Investments LLC<br><br>Defendant(s). | CASE NUMBER<br>Adversary Proceeding No. 2:11-ap-02987-RK<br>USBC Case No. 2:11-bk-18778-RK<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| May 17, 2012 | *[signature]* |
| Date | Signature of Attorney/Party |

*NOTE:* *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)    NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

| In re Naresh Mehra | Chapter 11 |
|---|---|
| | Case No. 2:11-bk-18778-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2286 East Carson Street PMB 310, Long Beach, CA 90807-3044

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (C)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 17, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | | | |
|---|---|---|---|
| Richard J Bauer | rbauer@mileslegal.com | Alan F. Broidy | alan@broidylaw.com |
| Russell Clementson | russell.clementson@usdoj.gov | Ian Landsberg | ilandsgeg@landsberg-law.com; |
| Mitchell B Ludwig | mbl@kpclegal.com | | bgomelsky@landsberg-law.com; |
| Michael Totaro | mtotaro@ao.com | | rbenitez@landsberg-law.com |
| United States Trustee (LA) | ustregion16.la.ecf@usdoj.gov | Norma Ann Dawson | nadlaw@kidlike.com |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 17, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

» Hon. Robert Kwan, United States Bankruptcy Judge, 255 E. Temple St., Suite 1682, Los Angeles, CA 90012
» Naresh Mehra, 2420 Main Street, Santa Monica, CA 90405
» Gregory R. Ryan, Kamyar R. Shayan, Ryan & Associates, 800 West Sixth Street, Suite 320, Los Angeles, CA 90017-2706
» Glenn Ward Calsada, Law Offices of Glenn Ward Calsada, 924 Reseda Boulevard, Northridge, CA 91324
» Mark Donald Kiger, 725 South Figueroa Street, 35th Floor, Los Angeles, CA 90017
» Jeffrey C. Sparks, Authorized Agent for Mark Donald Kiger and Main Street Investments LLC, Moorhead & Sparks, 229 Avenue I, Second Floor, Redondo Beach, CA 90277-5600

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 17, 2012, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date: May 17, 2012 | Norma Ann Dawson | Signature: *Norma Ann Dawson* |
|---|---|---|